UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNE-MARIE C. HERRICK,<br><br>                    Plaintiff,<br><br>vs.<br><br>METREX RESEARCH, LLC, a division of KaVo Kerr, a wholly owned subsidiary of Danaher Corporation,<br><br>                    Defendant. | Case No. 1:20-cv-01542-BKS-CFH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Anne-Marie C. Herrick and Defendant Metrex Research, LLC hereby stipulate that the above-captioned case shall be dismissed, with prejudice, each party to bear its own fees and costs.

_____
John B. DuCharme, Esq.
DuCharme Clark, LLP
646 Plank Road, Suite 204
Clifton Park, NY 12065
(518) 373-1482
jducharme@nycap.rr.com

Attorneys for Plaintiff

/s/ Stacey Bentley
_____
Stacey Bentley, Esq.
Seyfarth Shaw, LLP
620 Eighth Avenue
Suite 3300
New York, NY 10018
(212) 218-5500
sbentley@seyfarth.com

Attorneys for Defendant

IT IS SO ORDERED:

_____
Brenda K. Sannes
U.S. District Judge

Dated: July 20, 2021
         Syracuse, NY